IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

CRAWLEY PETROLEUM CORPORATION, )
)
                Plaintiff, )
)
v. ) Case No. CIV-17-1365-SLP
)
GASTAR EXPLORATION, INC., )
)
                Defendant. )

### AFFIDAVIT OF DORSEY T. ROACH

Dorsey T. Roach, being of legal age and sound mind, states the following upon his oath:

1. My name is Dorsey T. Roach. I am a Certified Professional Landman with over forty years of experience performing land work within the oil and gas industry, including land work relating to joint operating agreements and Oklahoma Corporation Commission forced pooling proceedings. My resume is attached hereto as Exhibit 1.

2. I have been retained as an expert witness in this case by Plaintiff Crawley Petroleum Corporation ("Crawley").

3. The joint operating agreement (JOA) utilized by the oil and gas industry, including the 1956 JOA Form at issue in this case, is a standardized contract that can be entered into by owners of separate working interests in order to reach agreement as to how to drill and operate wells and share costs and allocate revenues relating to that well.

4. I have reviewed the joint operating agreement referenced in paragraph 5 of the Petition herein, dated April 12, 1971, covering the Southeast Quarter (SE/4) and East Half of the Southwest Quarter (E/2 SW/4) and Southwest Quarter of the Southwest Quarter (SW/4 SW/4) of Section 8 ("JOA").

5. The JOA does not refer to vertical wells and does not limit the application of the JOA to only vertical wells. The JOA also does not exclude horizontal wells from its application. Rather, the JOA, in Section 12 at the top of Page 2, specifically provides for the "drilling of any well".



6. I have compared the language of the JOA to the Oklahoma Corporation Pooling Order No. 668071, referred to in paragraph 11 of the Petition, and covering the Section 8 lands at issue herein. The following is a list of rights and benefits of working interest owners in a well that are contained in the referenced 1956 JOA Form in this case but are absent from the Pooling Order:

a. Right to defer payment of estimated monthly costs to be incurred for drilling and/or completion operations in the next succeeding month until receipt of a statement from the operator and an invoice allowing 15 days to pay or else be deemed non-consent.

b. Right to receive well information on a timely basis including, but not limited to, daily drilling reports, completion reports and well logs.

c. Right to receive, upon request, a detailed statement of charges to the joint account.

d. Right to receive backup, upon request, to verify charges to the joint account.

e. Right to receive advance notice, including estimated costs, of any proposed subsequent operation in an existing well including, but not limited to, reworking, recompleting, plugging back, sidetracking and deepening operations.

f. Right to elect to go non-consent on any subsequent well or subsequent operation without having to forfeit all future development rights in the unit.

g. Right to require the approval of all parties before a subsequent operation can be performed on a well that is currently producing, or capable of producing, in paying quantities.

h. Right to propose subsequent operations, including subsequent wells, and to conduct the proposed operation or well should the operator elect not to participate.

i. Right to receive complete copies of all Drilling Title Opinions and Division Order Title Opinions, and copies of curative material relative to a participant's interest.

j. Right to examine an operator's books and records that are associated with operations in which a party participated.

k. Right to an audit of the operator's books and records associated with operations in accordance with industry standard audit procedures.

l. Right to receive a 30-day advance notice of an operator's plans to P&A a well, and the right to take over such well if a participant so elects.

m. Right to require majority approval to perform workovers (maintenance and repair), or for the installation of equipment or facilities, if the estimated cost exceeds $5,000.

FURTHER THE AFFIANT SAYETH NOT.

Dated: September 7, 2018.

_____
Dorsey T. Roach
Certified Professional Landman #3311

SWORN TO AND SUBSCRIBED before me by Dorsey T. Roach on this 7th day of September, 2018, to certify which, witness my hand and seal of office.

(SEAL)

Notary Public
State of Oklahoma
Clinton Robinson
OKLAHOMA COUNTY
COMMISSION #10000864
Comm. Exp. 02-01-2022

_____
Notary Public

My Commission Number: 10000864
My Commission Expires: 2/1/22

3

# EXHIBIT 1

## RESUME
### DORSEY T. ROACH, CPL

12101 N. MacArthur Blvd., Suite A-148　　　　　　　　　　　　(405) 242-2234
Oklahoma City, OK 73162　　　　　　　　　　　　　　　　　　(405) 301-5068

**EDUCATION**　　Bachelor of Business Administration, *University of Oklahoma*, Norman, Oklahoma (1977), majoring in Petroleum Land Management

Heritage Hall College Preparatory School, Oklahoma City, Oklahoma (1972)

**RELEVANT EXPERIENCE**

<u>**UnitPro Land Consultants, Inc.**</u>, Tulsa, Oklahoma (2004-2006), and
<u>**UnitPro Land Consultants, LLC**</u>, Oklahoma City, Oklahoma (2006 – Present)
*Managing Member/Owner* (2004 – Present)
- Expert witness services for O&G litigation
- Prepare and negotiate Operating Agreements, Exploration Agreements, Participation Agreements, Well Trades and other land contracts for clients
- Conduct seminars for industry organizations and companies

<u>**Cheyenne Petroleum Company**</u>, Oklahoma City, Oklahoma
*Area Land Manager* (2006-2009)
- Processed exploration and development prospects and projects in Canada and the Midcontinent, Gulf Coast, South Texas and Ohio Basin regions of the U.S. for possible company participation
- Prepare and negotiate land contracts including, but not limited to, Confidentiality Agreements, Exploration Agreements, Participation Agreements, Operating Agreements and Well Trades
- Seek prospect and/or project participation opportunities

<u>**The Williams Companies**</u>, Tulsa, Oklahoma
*Director of Land* (2001-2004), *Land Manager* (2000-2001)
- Managed a land department (landmen, lease records and division order analysts) consisting of 25 employees
- Responsible for hiring and training land department personnel
- Prepared and managed both G&A and capital budgets for department
- Negotiated major land deals including Exploration Agreements, Participation Agreements and Operating Agreements
- Coordinated and managed land due diligence on all major acquisitions and divestitures
- Generated strategies and ideas for growth and expansion of the E&P organization in the Gulf Coast, South Texas, Midcontinent, San Juan Basin and Green River Basin
- Developed strategies for an active lease acquisition and horizontal drilling program in the Hartshorne CBM and Caney Shale plays in the Arkoma Basin

<u>**Union Pacific Resources Company**</u>, Fort Worth, Texas

4


EXHIBIT 2-1

*Staff Landman* (1997-2000)
- Assisted team and management in developing strategies for active horizontal drilling program in the Austin Chalk play of East Texas
- Supervised lease brokers involved with lease acquisitions and title curative
- Negotiated and prepared land contracts with industry partners including Operating Agreements and Well Trades
- Responsible for compliance with regulatory rules, regulations and orders
- Served as a mentor and helped train entry-level landmen

**Crawley Petroleum Corporation**, Oklahoma City, Oklahoma
*Land Manager* (1994 – 1997)
- Managed a land department consisting of 4 employees
- Supervised lease brokers involved with lease acquisitions and title curative
- Negotiated and prepared all land contracts with industry partners including Exploration Agreements, Participation Agreements, Operating Agreements and Well Trades
- Responsible for compliance with regulatory rules, regulations and orders
- Active in the Anadarko Basin, Anadarko Shelf, Golden Trend, Nemaha Ridge, Texas Panhandle, Permian Basin and Powder River Basin

**Mesa, Inc.**, Dallas, Texas; Amarillo, Texas
*Land Supervisor* (1991-1994), *Senior Landman* (1987-1991)
- Areas of responsibility included Oklahoma, Louisiana, Powder River Basin, San Juan Basin and Gulf of Mexico
- Supervised lease brokers involved with lease acquisitions and title curative
- Negotiated and prepared land contracts with industry partners including Participation Agreements, Operating Agreements and Well Trades
- Responsible for compliance with regulatory rules, regulations and orders
- Coordinated and managed land due diligence on Tenneco acquisition, and Midcontinent and San Juan Basin divestitures

**Exxon Corporation**, Houston, Texas; Oklahoma City, Oklahoma; Midland, Texas; Los Angeles, California, Anchorage, Alaska (temporary assignments)
*Senior Petroleum Landman* (1986-1987), *Land Supervisor* (1982-1986), *Senior Landman* (1981-1982), *Landman* (1977-1981)
- Supervised pooling and unitization land staff consisting of 10 employees
- Negotiated and prepared land contracts with industry partners including Participation Agreements, Operating Agreements and Well Trades
- Responsible for compliance with regulatory rules, regulations and orders
- Trained entry-level landmen
- Assisted management in developing strategies for active drilling program in the Anadarko Basin following Penn Square Bank failure
- Areas of responsibility included Midcontinent (1981-1987) and California/Alaska (1977-1980)

**OTHER EXPERIENCE**

**University of Oklahoma, Petroleum Land Management (PLM) Program**
- *Adjunct Professor* (1983-2009), Topics included pooling, unitization, operating agreements, regulatory agencies, title opinions, title curative, and land administration

5

       • *Chairman*, Steering Committee (1995-1997), responsible for designing the restructuring of the PLM Program into the Energy Management Program

### The University of Tulsa, Energy Management Program
- *Adjunct Professor* (2007 – 2015), Topics include Pooling, Unitization, Well Trades and Operating Agreements

### American Association of Professional Landmen
- *Seminar and CPL Review Instructor* (1984-Present)
    - Topics include Pooling, Unitization, Operating Agreements, Well Trades and Participation Agreements
- *Institute and Conference Speaker* (1985-Present)
    - Various topics and issues relating to Operating Agreements

### Conference and Institute Speaker
- Oklahoma, Texas, Kansas and Arkansas Energy Bar Associations
- Council of Petroleum Accountants Societies (COPAS)
- North American Petroleum Accountants Conference (NAPAC)
- Numerous local/regional landman organizations
- Numerous regional and national industry organizations

**MEMBERSHIPS**

### American Association of Professional Landmen (1977-Present)
- *Certified Professional Landman* (1986-Present)
    - CPL No. 3311
- *Chairman*, 1989 Operating Agreement Revision Committee
- *Member*, 2002 Operating Agreement Task Force (CBM Modifications)
- *Member*, 1989 (Horizontal) Operating Agreement Task Force
- Member, 2015 Operating Agreement Task Force
- *Chairman*, Model Form Participation Agreement Drafting Committee

### Oklahoma City Association of Professional Landmen (1981-Present)
- *Chairman*, Industry and Regulatory Affairs Committee (1984)
- *Secretary* (1985)
- *Treasurer* (1986)
- *Co-Chair*, Governmental Action Committee (2008-2009)

### Tulsa Association of Professional Landmen (2000-Present)
- *President* (2004-2005)
- *Chairman*, Education Committee (2000-2004)
- *Chairman*, Scholarship Committee (2001-2005)